1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEONEL CANTU LOPEZ,

11            Plaintiff,                    No. CIV S-04-822 LKK KJM P

12        vs.

13   D.  BUTLER, et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff is a prisoner proceeding pro se with a civil rights action.  On April 8,

17   2005, the court issued findings and recommendations recommending that the action be dismissed

18   for plaintiff's failure to file an amended complaint.

19            On April 18 and 21, 2005, plaintiff filed objections, noting that he had not

20   received the court's order of January 3, 2005, dismissing his complaint with leave to file an

21   amended complaint.

22   /////

23   /////

24   /////

25   /////

26   /////

                                             1

1    Good cause appearing, IT IS HEREBY ORDERED:

2         1.  The findings and recommendations of April 8, 2005 are hereby vacated;

3         2.  Plaintiff is granted thirty days from the date of this order in which to file an

4    amended complaint; and

5         3.  The Clerk of Court is directed to serve the order of January 3, 2005 (docket

6    number 8) on plaintiff, along with a copy of this order.

7    DATED:   April 25, 2005.

8

9                                   _____
                                    UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   2
     lope0822.vacf&r
26