IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONEL CANTU LOPEZ,

      Plaintiff,                      No. CIV S-04-0822 LKK KJM P

   vs.

DIANE BUTLER, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed under 42 U.S.C. § 1983. By order filed May 23, 2006, the court found service of plaintiff's second amended complaint appropriate for one defendant but gave plaintiff the opportunity to file a third amended complaint. On June 1, 2006, plaintiff notified the court he wished to proceed with the second amended complaint.

        The second amended complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of this amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendant: Bunnell.

/////

1    2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons,
2 an instruction sheet and a copy of the second amended complaint filed December 27, 2005.
3    3. Within thirty days from the date of this order, plaintiff shall complete the
4 attached Notice of Submission of Documents and submit the following documents to the court:
5         a. The completed Notice of Submission of Documents;
6         b. One completed summons;
7         c. One completed USM-285 form for the defendant listed in number 1
8         above; and
9         d. Two copies of the endorsed second amended complaint filed December
10         27, 2005.
11    4. Plaintiff need not attempt service on defendant and need not request waiver of
12 service. Upon receipt of the above-described documents, the court will direct the United States
13 Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4
14 without payment of costs.
15 DATED: June 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
lope0822.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONEL CANTU LOPEZ,

     Plaintiff,                      No. CIV-S-04-0822 LKK KJM P

    vs.

DIANE BUTLER, et al.,             NOTICE OF SUBMISSION

     Defendants.                OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __1__    completed USM-285 forms

    __2__    copies of the __12/27/05__
                                Amended Complaint

DATED:

                                              Plaintiff