IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONEL CANTU LOPEZ,

     Plaintiff,                  No. CIV S-04-0822 LKK KJM P

     vs.

DIANE BUTLER, et al.,          ORDER

     Defendants.

_____/

     Defendant's request for an extension of time to file his response to plaintiff's complaint was considered by this court, and good cause appearing,

     IT IS HEREBY ORDERED that defendant has two weeks from the date of service of this order to file his response to the complaint.

DATED:  October 25, 2006

_____
U.S. MAGISTRATE JUDGE

/lope0822.eot

1