IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL CANTU LOPEZ,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DIANE BUTLER, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 2:04-cv-0822-LKK-KJM-P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Defendant's first request for an extension of time to respond to Plaintiff's motion for summary judgment was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED, that Defendant has until December 14, 2007, to file and serve his opposition.

DATED: November 20, 2007.

_____
U.S. MAGISTRATE JUDGE

Order Granting Defendant's First Request for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment

1