**FILED**

DEC 21 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL CANTU LOPEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DIANE BUTLER, et al.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:04-cv-0822-LKK-KJM-P<br><br>**ORDER GRANTING DEFENDANT'S SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Defendants' first request for an extension of time to respond to Plaintiff's motion for summary judgment was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED, that Defendant has until December 21, 2007, to file and serve their opposition.

_/s/ Kimberly J. Mueller_  12/21/07
KIMBERLY J. MUELLER
U.S. MAGISTRATE JUDGE

[Proposed] Order Granting Defendant's First Request for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment

1