IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONEL CANTU LOPEZ,**<br><br>                          Plaintiff,<br><br>     v.<br><br>**DIANE BUTLER, et al.,**<br><br>                          Defendant. | CASE NO. 2:04-cv-0822-LKK-KJM-P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO TAKE PLAINTIFF'S DEPOSITION** |

Defendants' first request for an extension of time to take Plaintiff's deposition was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED, that Defendant has until April 11, 2008, to take Plaintiff's deposition.

DATED: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE