IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONEL CANTU LOPEZ,

      Plaintiff,                    No. CIV S-04-0822 LKK KJM P

   vs.

DIANE BUTLER, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On March 19, 2008, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on June 3, 2005 and December 27, 2005. All requests were denied. In light of those orders, and the court's determination that there has been no material change in the relevant factors, IT IS HEREBY ORDERED that plaintiff's request for appointment of counsel (docket no. 50) is denied.

DATED: April 4, 2008.

                                                 U.S. MAGISTRATE JUDGE

/mp
lope0822.31thr