IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONEL CANTU LOPEZ,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**DIANE BUTLER, et al.,**<br><br>                              Defendant. | CASE NO. 2:04-cv-0822-LKK-KJM-P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

Defendant's first request for an extension of time to file their motion for summary judgment was considered by this Court and good cause appearing,

IT IS HEREBY ORDERED that

1. Defendant's request for an extension of time (docket no. 55) is granted and defendant has until May 24, 2008, to file and serve his motion; and

2. In light of the pending and soon-to-be pending motions for summary judgment, the dates for filing pretrial statements and for pretrial conference, trial confirmation and trial, as set in the scheduling order (docket no. 37) are vacated.

DATED: May 2, 2008.

_____
U.S. MAGISTRATE JUDGE