IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONEL CANTU LOPEZ,**<br><br>                            Plaintiff,<br><br>   v.<br><br>**DIANE BUTLER, et al.,**<br><br>                            Defendant. | CASE NO. 2:04-cv-0822-LKK-KJM-P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |

Defendant's first request for an extension of time to file opposition to Plaintiff's motion to compel discovery was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Defendant's opposition to Plaintiff's motion to compel is deemed timely; and

2. The Clerk of the Court is ordered to file Defendant's opposition (docket 60-3) as a separate document.

Dated:  June 26, 2008.

_____
U.S. MAGISTRATE JUDGE