IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONEL CANTU LOPEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **DIANE BUTLER, et al**., <br><br> Defendant. | CASE NO. 2:04-cv-0822-LKK-KJM-P <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER** |

Defendant's motion to modify the scheduling order (docket no. 63) was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that

1. Defendant need not file his pretrial statement pending further order of the Court after the Court rules upon Defendant's motion for summary judgment;

2. The dates for pretrial conference and trial set in the scheduling order (docket no. 37) are vacated in light of the pendency of cross motions for summary judgment.

DATED: August 19, 2008.

_____
U.S. MAGISTRATE JUDGE

SA2006303197

Order Granting Motion to Modify Scheduling Order

1